AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DWAYNE STOVALL,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:20-cv-081

JOHN DOE,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated July 28, 2022, the Magistrate Judge's Report and Recommendation is adopted as the Court's opinion. Therefore, Stovall's Petition, construed as a 28 U.S.C. § 2241 Petition, is dismissed. Further, the Court discerns no COA-worthy issues at this stage of the ligation, so no COA should issue, and in forma pauperis status on appeal is likewise denied. This case stands closed.

Approved by: _____ *[signature]*

07/29/2022
*Date*

John E. Triplett, Clerk of Court
*Clerk*

_____ *[signature: Jamie Sabalza]*
*(By) Deputy Clerk*

GAS Rev 10/2020